IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| PLAINTIFF, | ) |
| v. | ) Case No.:_____ |
| LEONARD ROSS CRANE, MAYTAG SALES, INC., and fictitious parties A - D, | ) ) ) |
| DEFENDANTS. | ) |

### NOTICE TO PLAINTIFF ATTORNEY OF REMOVAL

To:   Carol Gerard, Esq.
      Andy Nelms, Esq.
      Law Offices of Jay Lewis, LLC
      P O BOX 5059
      Montgomery, AL 36103

PLEASE TAKE NOTICE that the Defendant, Maytag Sales Company, (improperly named Maytag Sales, Inc. and hereinafter referred to as "Maytag") has on this 30th day of June, 2006, filed in the United States District Court for the Middle District of Alabama, Northern Division, the Notice of Removal to remove this case, Case No. CV-06-1497, from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. You are also advised that a true and correct copy of the Notice of Removal has been filed with the Clerk of the Circuit Court of Montgomery County, Alabama, which has effected removal. Copies of the Notice of Removal and the Notice to the Circuit Court Clerk of Montgomery County, Alabama, are attached hereto.

Respectfully submitted this the 30th day of June, 2006.



EXHIBIT B

_(signature)_
RANDALL MORGAN [8350-R-70-R]
ELIZABETH BRANNEN CARTER [3272-C-38E]
ATTORNEYS FOR DEFENDANT
MAYTAG SALES COMPANY

OF COUNSEL:

HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone:    (334) 834-7600
Facsimile:    (334) 263-5969
E-mail: rmorgan@hillhillcarter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing *Notice* upon all parties listed below by placing same in the United States Mail, postage prepaid and properly addressed this the 30th day of June, 2006.

<u>Attorneys for Plaintiff:</u>
Carol Gerard, Esq.
Andy Nelms, Esq.
Law Offices of Jay Lewis, LLC
P O BOX 5059
Montgomery, AL 36103

_(signature)_
OF COUNSEL