IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| PLAINTIFF, | ) |
| v. | )   Civil Action No.: CV-06-1497 |
| LEONARD ROSS CRANE, MAYTAG SALES, .INC., and fictitious parties A - D, | ) ) ) |
| DEFENDANTS. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

TO:  Melissa Rittenour
Circuit Court Clerk
Montgomery County Courthouse
251 S. Lawrence Street
Montgomery, Alabama 36104

NOTICE IS HEREBY GIVEN that, pursuant to provisions of 28 U.S.C. §§ 1441, the Defendant, Maytag Sales Company, (improperly named Maytag Sales, Inc. and hereinafter referred to as "Maytag") has on the 30th day of June 2006, filed in the District Court of the United States for the Middle District of Alabama, Northern Division, a Notice of Removal for Case CV-06-1497, from the Circuit Court of Montgomery, Alabama to the District Court of the United States for the Middle District of Alabama, Northern Division. A copy of the Notice of Removal and Notice To Counsel is attached hereto.

Done this 30th day of June, 2006.

_____
RANDALL MORGAN [8350-R-70-R]
ELIZABETH BRANNEN CARTER[3272-C-38E]
ATTORNEYS FOR DEFENDANT
MAYTAG SALES COMPANY


EXHIBIT C

OF COUNSEL:

HILL, HILL, CARTER,
FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
Telephone:    (334) 834-7600
Facsimile:    (334) 263-5969
E-mail: rmorgan@hillhillcarter.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date served a true and correct copy of the foregoing *Notice of Filing Notice of Removal* upon all parties listed below by placing same in the United States Mail, postage prepaid and properly addressed this the 30th day of June, 2006.

Attorneys for Plaintiff:
Carol Gerard, Esq.
Andy Nelms, Esq.
Law Offices of Jay Lewis, LLC
P O BOX 5059
Montgomery, AL 36103

_____
OF COUNSEL



## alacourt.com's

## Alabama SJIS Case Detail

**Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS**

### Case

| County | 03 | Case Number | CV 2006 001497 00 | JID | TMH | Trial | J |
|---|---|---|---|---|---|---|---|
| Style | KATYRECE S HALL VS LEONARD ROSS CRANE & MAYTAG SALES INC ||||||||
| Code | TOMV | Type | NEGLIGENCE MOTOR VEH | Filed | 05262006 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 002 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

### Settings

| Date 1 | | Que 1 | | Time 1 | | Description | |
|---|---|---|---|---|---|---|---|
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 || |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 ||||||||
| Comment 2 ||||||||

### Party 1

| Party | C 001 | Name | HALL KATYRECE S | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | D/CRANE LEONAR | ANAM | | | | JID | TMH |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | GERARD CAROL ROBIN | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment ||||||||

### Party 2

| Party | D 001 | Name | CRANE LEONARD ROSS | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | P/HALL KATYREC | ANAM | | | | JID | TMH |
| SSN | | Address 1 | 819 8TH ST NW | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | CEDAR RAPIDS IA 52405 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05312006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment ||||||||

### Party 3

| Party | D 002 | Name | MAYTAG SALES INC | | Type | BUSINESS |
|---|---|---|---|---|---|---|
| INDX | P/HALL KATYREC | ANAM | | | JID | TMH |
| SSN | | Address 1 | % CORPORATION COMPANY | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PARK #204 | | Race | |
| Country | US | City | MONTGOMERY AL 36109 0000 | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05312006 | Type | S SHERIFF | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 06072006 | Type | S SERVED PERSON | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05312006 | 1352 | FILE | FILED THIS DATE: 05/26/2006 (AV01) | KAR |
| 05312006 | 1352 | ASSJ | ASSIGNED TO JUDGE: TRUMAN M HOBBS JR (AV01) | KAR |
| 05312006 | 1352 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | KAR |
| 05312006 | 1352 | TDMJ | JURY TRIAL REQUESTED (AV01) | KAR |
| 05312006 | 1352 | ORIG | ORIGIN: INITIAL FILING (AV01) | KAR |
| 05312006 | 1352 | PART | HALL KATYRECE S ADDED AS C001 (AV02) | KAR |
| 05312006 | 1352 | ATTY | LISTED AS ATTORNEY FOR C001: GERARD CAROL ROBIN | KAR |
| 05312006 | 1353 | PART | CRANE LEONARD ROSS ADDED AS D001 (AV02) | KAR |
| 05312006 | 1353 | SUMM | CERTIFIED MAI ISSUED: 05/31/2006 TO D001 (AV02) | KAR |
| 05312006 | 1353 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | KAR |
| 05312006 | 1353 | PART | MAYTAG SALES INC ADDED AS D002 (AV02) | KAR |
| 05312006 | 1353 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | KAR |
| 05312006 | 1353 | SUMM | SHERIFF ISSUED: 05/31/2006 TO D002 (AV02) | KAR |
| 06132006 | 1441 | SERC | SERVICE OF SERVED PERSON ON 06/07/2006 FOR D002 | JAG |