**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KATYRECE S. HALL,** ) | |
| **PLAINTIFF,** ) | |
| v. ) | **CASE #:2:06-cv-00588-MEF-VPM** |
| **LEONARD ROSS CRANE,** ) | |
| **MAYTAG SALES, .INC., and** | |
| **factitious parties A - D,** ) | |
| **DEFENDANTS.** ) | |

## REPORT OF PARTIES' PLANNING MEETING

     1.    Pursuant to *Fed.R.Civ.P.*26(f), the following attorneys conferred on or about August 29, 2006:

        Carol Gerard and Andy Nelms, counsel for Plaintiff.

        Randall Morgan, counsel for Defendants Maytag Sales, Inc. and Leonard Ross Crane.

     2.    Pre-Discovery Disclosures. The Parties will exchange the information required by Fed.R.Civ.P.26(a)(1) by October 1, 2006.

     3.    Discovery Plan. Discovery will be required on the allegations made in Plaintiff's complaint and the defenses raised in Defendant's answer. The parties jointly propose to the court the following discovery plan:

        a.    All discovery commenced in time to be completed by the pre-trial conference;

        b.    A total of 40 Interrogatories and 40 Requests for Production by the Plaintiff and by each Defendant to any other party. Responses due thirty (30) days after service.

        c.    A total of 30 Requests for Admission by the Plaintiff and by each Defendant to any other party. Responses due thirty (30) days

       after service.

    d.    The parties have agreed to limit depositions to a total of ten (10) on behalf of either party except by agreement of the parties or for good cause.

    e.    Each deposition, except for Plaintiff, Defendant Crane, a corporate representative of Defendant Maytag, and experts shall be limited to a maximum of 6 hours unless extended by agreement of parties,

    f.    Reports from retained experts under Rule 26(a)(2) due:
From Plaintiff by January 8, 2007.
From Defendant by February 8, 2007.

    g.    The parties agree to supplement discovery pursuant to Rule 26(e).

4.    Other items.

    a.    The parties <u>do not request</u> a conference with the court before entry of the Scheduling Order. To the extent the Court prefers to hold such a conference, the parties respectfully request that it be handled telephonically.

    b.    The parties request a pre-trial conference in April, 2007.

    c.    Plaintiff should be allowed until November 15, 2006, to join additional parties and until November 15, 2006, to amend pleadings.

    d.    Defendant should be allowed until December 15, 2006, to join additional parties and until December 15, 2006, to amend pleadings.

    e.    All potentially dispositive motions should be filed ninety days before pre-trial conference.

    f.    As this matter has only recently been filed, settlement cannot be evaluated at this time, although the parties are hopeful that they will be able to reach an amicable resolution of this matter and will negotiate in good faith in this regard.

    g.    Final lists of witnesses under Rule 26(a)(3) should be due:

        From Plaintiff by twenty-one (21) days before pre-trial conference. From Defendant by twenty-one (21) days before pre-trial conference.

    h.    Final lists of exhibits under Rule 26(a)(3) should be due twenty-one (21) days before trial date.

    I.    Parties shall have fourteen (14) days after service of final lists of witnesses to list objections under Rule 26(a)(3).

    j.    Parties shall have fourteen (14) days after service of exhibit lists to file objections.

The case should be ready for trial by June 4, 2007, and at this time is expected to take approximately two days.

    /s/ Carol Gerard
CAROL GERARD [1075-L66G]
ANDY NELMS
Attorneys for Plaintiff
LAW OFFICES OF JAY LEWIS, LLC
P O BOX 5059
Montgomery, AL 36103

    /s/ Randall Morgan
RANDALL MORGAN [8350-R70R]
Attorney for Defendants Maytag Sales, Inc. and Leonard Ross Crane
**HILL, HILL, CARTER, FRANCO, COLE & BLACK**, P.C.
Post Office Box 116
Montgomery, Alabama   36101-0116