IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| PLAINTIFF, | ) |
| v. | )   CASE #:2:06-cv-00588-MEF-VPM |
| LEONARD ROSS CRANE, | ) |
| MAYTAG SALES, .INC., and | |
| factitious parties A - D, | ) |
| DEFENDANTS. | ) |

## AMENDED ANSWER

**COMES NOW** the Defendants and herewith amend their Answer by adding thereto the following affirmative defense:

1.   These Defendants aver that Plaintiff has failed to mitigate her alleged damages.

      /s/ *Randall Morgan*
RANDALL MORGAN [8350-R70R]
ELIZABETH BRANNEN CARTER
Attorneys for Defendants Maytag Sales, Inc.
and Leonard Ross Crane
**HILL, HILL, CARTER, FRANCO, COLE & BLACK**, P.C.
Post Office Box 116
Montgomery, Alabama   36101-0116

-1-

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the foregoing document via electronic filing, first-class postage prepaid, on this the 14th day of November, 2006:

Carol Gerard, Esq.
Andy Nelms, Esq.
Law Offices of Jay Lewis, LLC
P O BOX 5059
Montgomery, AL 36103


          /s/ *Randall Morgan*     OF COUNSEL