IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL,        ) | |
| ) | |
| Plaintiff,        ) | |
| v.        ) | CASE NO. 2:06-cv-588-MEF |
| ) | |
| LEONARD ROSS CRANE, *et al.*,        ) | |
| ) | |
| Defendants.        ) | |

## **O R D E R**

Upon consideration of the defendants' Motion to Amend Answer (Doc. #8) filed on November 15, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 22nd day of November, 2006.

                                                    /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE