**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **KATYRECE S. HALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )**Civil Action No.:2:06-cv-00588-MEF-WC** |
| | ) |
| **LEONARD ROSS CRANE, et al,** | ) |
| | ) |
| **Defendants.** | ) |

<u>**PLAINTIFF'S MOTION TO FILE OUT OF TIME**</u>

**COMES NOW** Plaintiff Katyrece Hall, by and through her attorney of record, to pray that the Court will grant her motion to file the Notice of Settlement Conference (see attached) out of time and would show unto the Court as follows:

1. As per this Court's Uniform Scheduling Order (Doc. No. 6), the said notice was due as of February 21, 2007.  Plaintiff's counsel had mistakenly believed she had not received this Court's Uniform Scheduling Order by ECF.  When she received of copy of said order from opposing counsel the other day, she determined she had, in fact, received said order on ECF but had apparently failed to print the order out.

2. Plaintiff's counsel has contacted counsel for the defendants, Randall Morgan, who does not object to the granting of this motion.

   WHEREFORE, the premises considered, Plaintiff prays that the Court will grant her motion to file the Notice of Settlement Conference out of time.

   RESPECTFULLY SUBMITTED on this the ____9th____ day of March, 2007.

/s/ CAROL GERARD

Carol Gerard
Keith Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties or counsel by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed on this 9th day of March, 2007.

Randall Morgan
HILL, HILL, CARTER
Post Office Box 116
Montgomery, AL 36101-0116


/s/ CAROL GERARD_____
Carol Gerard
Keith Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

2