IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.:2:06-cv-00588-MEF-WC |
| | ) |
| LEONARD ROSS CRANE, et al, | ) |
| | ) |
| Defendants. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

As required by the Court's scheduling order, counsel for Plaintiff has met and conferred with counsel for the defendants regarding the possibility of settling this case. At this point, the parties have not reached a settlement; however the parties continue to negotiate. The parties do not now believe that mediation will assist them in resolving this case short of trial.

RESPECTFULLY SUBMITTED on this the ____9th____ day of March, 2007.

/s/ CAROL GERARD
Carol Gerard
Keith Anderson Nelms
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
carolgerard@JayLewisLaw.com
ASB-1075-L66G

**CERTIFICATE OF SERVICE**

I hereby certify that I have served the foregoing on the following parties or counsel by

CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed on this 9th day of March, 2007.

Randall Morgan
HILL, HILL, CARTER
Post Office Box 116
Montgomery, AL 36101-0116

                                           /s/ CAROL GERARD
                                           Carol Gerard
                                           Keith Anderson Nelms
                                           Law Offices of Jay Lewis, LLC
                                           P.O. Box 5059
                                           Montgomery, AL 36103
                                           (334) 263-7733 (Voice)
                                           (334) 832-4390 (Fax)
                                           carolgerard@JayLewisLaw.com
                                           ASB-1075-L66G