IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-588-MEF |
| | ) |
| LEONARD ROSS CRANE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

This cause is before the Court on Plaintiff's Motion to File Out of Time (Doc. # 10) filed on March 9, 2007. In this unopposed motion, Plaintiff, through her attorney of record, Carol Robin Gerard, seeks to file the required Notice of Settlement Conference out of time because "Plaintiff's counsel had mistakenly believed she had not received this Court's Uniform Scheduling Order by ECF." In fact, as Plaintiff's counsel admits, she did receive the Uniform Scheduling Order "but had apparently failed to print the order out." The Court is troubled by a recent trend in which deadlines are missed and extensions are requested the same day filings are due. For these reasons, it is hereby ORDERED as follows:

(1) The Plaintiff's Motion to File Out of Time (Doc. # 10) is GRANTED.

(2) Plaintiff's counsel must show cause by March 19, 2007**,** why the Court should not sanction them pursuant to Federal Rule of Civil Procedure 16(f) for failure to comply with the Uniform Scheduling Order in this case.

DONE this the day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE