IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06cv588-MEF |
| | ) |
| LEONARD ROSS CRANE, *et. al,* | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

On March 19, 2007, Defendants filed an unopposed Motion for a Protective Order (Doc. #14), along with an unnumbered exhibit containing a copy of a joint Confidentiality Agreement. The motion indicates that the parties have entered into the Confidentiality Agreement, which governs Plaintiff's and her counsel's inspection of Leonard Ross Crane's personnel file. Because the motion is unopposed, and for good cause, it is therefore

ORDERED that the motion (Doc. #14) is GRANTED. It is further

ORDERED that the Court ADOPTS the parties' Confidentiality Agreement attached to Defendants' motion as an unnumbered exhibit.

Done this 20th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

Case 2:06-cv-00588-MEF-WC    Document 15    Filed 03/20/2007    Page 2 of 2