**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **KATYRECE S. HALL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.:2:06-cv-00588-MEF-WC |
| | ) |
| **LEONARD ROSS CRANE, et al,** | ) |
| | ) |
| **Defendants.** | ) |

### ENTRY OF APPEARANCE

COMES NOW Jay Lewis, attorney at law, to enter his appearance on behalf of Plaintiff in this action and would request of the Court and all parties that he be served with process and all needful papers.

RESPECTFULLY SUBMITTED this ____10th____ day of April, 2007.

/s/ JAY LEWIS
Jay Lewis
Attorney for Plaintiff
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, Alabama, 36103
334-263-7733 (voice)
334-263-7733 (fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _10th_ day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Randall Morgan
HILL, HILL, CARTER
Post Office Box 116
Montgomery, AL 36101-0116

                                      /s/ JAY LEWIS
                                      Jay Lewis
                                      Attorney for Plaintiff
                                      Law Offices of Jay Lewis, LLC
                                      P.O. Box 5059
                                      Montgomery, Alabama, 36103
                                      334-263-7733 (voice)
                                      334-263-7733 (fax)
                                      J-Lewis@JayLewisLaw.com
                                      ASB-2014-E66J