IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, ) | |
|     Plaintiff, ) | |
| ) | |
|     v. )Civil Action No.:2:06-cv-00588-MEF-WC | |
| ) | |
| LEONARD ROSS CRANE, et al, ) | |
|     Defendants. ) | |

## NOTICE OF CONFLICT

**COMES NOW** Plaintiff Katyrece S. Hall ("Plaintiff"), by and through her attorney of record, and serves notice on the Court and all parties of her counsel's possible scheduling conflict.

This case is set down for a pretrial conference at 1:30 p.m. on April 19, 2007.

The undersigned counsel is presently scheduled to appear before Judge Thompson on April 19, 2007, at 10:00 a.m. for the sentencing of a client in the case of *United States of America v. Horacio Jaimes-Albiter*, 2:06-cr-291. Counsel does not expect this hearing to be a lengthy one, but fears that it could extend past the time set for commencement of the pretrial conference in a different case before this Court or that an adjustment of scheduled events could cause a conflict with the conference in this case.

In addition to this case, counsel has two other pretrial conferences set on the same day in this Court – at 10:30 a.m. (*Butler v. Alabama Department of Transportation*, 2:06-cv-278), , and at 11:00 a.m. (*McGaughy v. Ozark Delivery of Alabama, LLC*, 2:06-cv-320). Notice of this potential conflict has been filed in each of those cases.

Counsel is also serving notice of this potential conflict on the Court and parties in the criminal case.

1

WHEREFORE, the premises considered, Defendant prays that the Court will adjust the scheduled pretrial conferences or will otherwise coordinate with Judge Thompson to avoid counsel's conflict.

RESPECTFULLY SUBMITTED this __12th__ day of April, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J

## CERTIFICATE OF SERVICE

I hereby certify that I have served the foregoing on the following parties or counsel by CM/ECF, by hand delivery or by placing a copy of the same in the United States mail, first class postage prepaid and properly addressed on this 12th day of April, 2007.

Randall Morgan
HILL, HILL, CARTER
Post Office Box 116
Montgomery, AL 36101-0116

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J