IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KATYRECE S. HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-588-MEF |
| | ) | |
| LEONARD ROSS CRANE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby ORDERED:

1. That the pretrial conference scheduled for April 19, 2007 and trial set for June 4, 2007 are continued generally.

2. That the parties file a joint stipulation of dismissal on or before May 21, 2007.

DONE this 16th day of April, 2007.

                                                                 /s/ Mark E. Fuller
                                           CHIEF UNITED STATES DISTRICT JUDGE