IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KATYRECE S. HALL, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE #:2:06-cv-00588-MEF-VPM |
| LEONARD ROSS CRANE, MAYTAG SALES, .INC., and factitious parties A - D, | ) ) |
| DEFENDANTS. | ) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, the parties by and through their respective attorneys of record and herewith agree and stipulate that the above case as to all Defendants is to be dismissed with prejudice with each party to bear her or his own costs.

**WHEREFORE**, these premises prayed, the parties move this Court to dismiss this case with prejudice as prayed.

_____
JAY LEWIS (2014-E66J)
CAROL GERARD (1075-L66G)
ANDY NELMS (6972-E63K)
Attorney for Plaintiff Katyrece S. Hall

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P O BOX 5059
Montgomery, AL 36103

1

_____
RANDALL MORGAN (MORG8350)
Attorney for Defendants Leonard Ross Crane
and Maytag Sales, Inc.

OF COUNSEL:
HILL, HILL, CARTER, FRANCO,
    COLE & BLACK, P.C.
425 South Perry Street
Montgomery, AL 36104